**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7575**

———————

WILBUR LEON MARTIN, JR.,

Plaintiff - Appellant,

versus

JOHN NEWHART; LIEUTENANT CHESSOM; LIEUTENANT
WHITE; LIEUTENANT SMITH,

Defendants - Appellees,

and

WILLIAM FORBES, Judge; V. THOMAS FOREHAND,
JR., Judge; JUDGE WAHAB; JAMES F. CROSBY,
Doctor; SERGEANT THOMAS; NURSE MCKEE; NURSE
ESTRADA; NURSE WARREN; NURSE AKENS; CITY OF
CHESAPEAKE, Sheriff's Department, Chesapeake,
Virginia; CHESAPEAKE CIRCUIT COURT,
Chesapeake, Virginia,

Defendants.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Henry C. Morgan, Jr., District
Judge. (CA-96-48-2)

———————

Submitted: February 12, 1998      Decided: March 4, 1998

———————

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Wilbur Leon Martin, Jr., Appellant Pro Se. Samuel Lawrence Dumville, Virginia Beach, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant filed an untimely notice of appeal. We dismiss for lack of jurisdiction. The time periods for filing notices of appeal are governed by Fed. R. App. P. 4. These periods are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). Parties to civil actions have thirty days within which to file in the district court notices of appeal from judgments or final orders. Fed. R. App. P. 4(a)(1). The only exceptions to the appeal period are when the district court extends the time to appeal under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6).

The district court entered its order on June 20, 1997; Appellant's notice of appeal was filed on October 30, 1997, which is beyond the thirty-day appeal period. Appellant's failure to note a timely appeal or obtain an extension of the appeal period leaves this court without jurisdiction to consider the merits of Appellant's appeal. We therefore grant Defendants' motion to dismiss the appeal. Appellant's motions for appointment of counsel are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3